UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2355 (MJD/JGL)

REGINALD HIGH,

Plaintiff,

v.

**PRETRIAL ORDER**

VIRAKCHEATH HING, et al.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one week;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to Novebmer 1, 2002;

3. Plaintiff shall disclose all expert witnesses by December 15, 2002, and reports by April 1, 2003; Defendants shall disclose all expert witnesses by January 15, 2003, and reports by May 1, 2003;

4. The period during which the parties may seek discovery shall be completed by June 1, 2003;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to July 1, 2003;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to October 1, 2003; and

7. This case will be considered "ready for trial" as of October 1, 2003.

DATED: May 28, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK