UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Reginald High,

Plaintiff,

vs.

Virakcheath Hing, individually and in his official capacity; John Does I to IV, individually and in their official capacities; and Ramsey County.

Defendants.

File No. 01-CV-2355 MJD/JGL

**Order Amending Scheduling Order**

TO: Defendant Virakcheath Hing and his attorneys, Thomas E. McEllistrem, Esq., Garth G. Gavenda, Esq., Collins, Buckley, Sauntry & Haugh, PLLP, W-1100 First National Bank Building, 332 Minnesota Street, St. Paul, MN 55101; Defendants John Does and Ramsey County and their Attorneys, Thomas Ring, Assitant Ramsey County Attorney, 50 West Kellogg Boulevard, #560, St. Paul, MN 55102; and Plaintiff Reginald High and his attorney Frederick J. Goetz, Esq.,Goetz & Eckland, PA, 2124 Dupont Avenue South, Minneapolis, MN 55405.

WHEREAS all parties have stipulated and agree to the following:

**STIPULATION**

1. The date by which all hearings on motions to amend and/or add parties to the action shall be heard is amended to the following:

Date: December 2, 2002

2. The Scheduling Order shall not be changed or amended in any other way by this Order.

FILED 10-18-2
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

GOETZ & ECKLAND P.A
.

Date: Oct. 16, 2002

By: ______________________
FREDERICK J. GOETZ
Attorney Registration No. 185425
2124 Dupont Avenue South
Minneapolis, MN 55405
(612) 874-1552
Attorney For Plaintiff

SUSAN GAERTNER
Ramsey County Attorney

Date: Oct. 15, 2002

By: ______________________
THOMAS E. RING
Assistant County Attorney
Attorney Registration No. 25082X
Suite 560, RCGC West
50 West Kellogg Boulevard
Saint Paul, MN 55102
(651) 266-3111
Attorney For Defendant Ramsey Co.

Collins, Buckley, Sauntry & Haugh, PLLP

Date: 10/10/02

By: ______________________
THOMAS E. McELLISTREM
Attorney Registration No. 23042X
GARTH G. GAVENDA
Attorney Registration No. 0310918
W-1100 First National Bank Building
Saint Paul, Minnesota 55101
(651) 227-0611
Attorneys for Defendant Virakcheath Hing

**IT IS SO ORDERED.**

Date: Oct. 18, 2002

______________________
Magistrate Judge Jonathon G. Lebedoff