UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Reginald High,

Plaintiff,

vs.

Virakcheath Hing, individually and in his official capacity; John Does I to IV, individually and in their official capacities; and Ramsey County.

Defendants.

File No. 01-CV-2355 MJD/JGL

**Stipulation and Order Amending Scheduling Order**

**TO:** Defendant Virakcheath Hing and his counsel of record, Thomas E. McEllistrem, Esq., Garth G. Gavenda, Esq., COLLINS, BUCKLEY, SAUNTRY & HAUGH, P.L.L.P, W-1100 First National Bank Building, 332 Minnesota Street, St. Paul, MN 55101; Defendant Ramsey County and its counsel of record, Thomas E Ring, Esq., Assistant Ramsey County Attorney, 560 RCGC-West, 50 West Kellogg Boulevard, St. Paul, Minnesota, 55102.

WHEREAS all parties have stipulated and agree to the following:

**STIPULATION**

1. The date by which all motions to amend the pleadings and/or add parties to the action shall be filed is amended to the following:

   Date: January 15, 2003

2. The Scheduling Order shall not be changed or amended in any other way by this Order.

FILED 11-4-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

GOETZ & ECKLAND P.A.

Date: 10/30/02

By: [signature]
Frederick J. Goetz #185425
2124 Dupont Avenue South
Minneapolis, Minnesota 55405
(612) 874-1552
Attorney for the Plaintiff

SUSAN GAERTNER
Ramsey County Attorney

Date: Oct 31, 2002

By: [signature]
THOMAS RING #25082X
Assistant Ramsey County Attorney
Suite 560, RCGC West
50 West Kellogg Boulevard
St. Paul, MN 55102
(651) 266-3111
Attorney for Ramsey County

COLLINS, BUCKLEY, SAUNTRY & HAUGH, PLLP

Date: 11/1/02

By: [signature]
THOMAS E. McELLISTREM #23042X
GARTH GAVENDA #0310918
W-1100 First National Bank Building
St. Paul, MN 55101
(651) 227-0611
Attorneys for Virakcheath Hing

**IT IS SO ORDERED**

Date: Nov 4, 2002

[signature]
Jonathon G. Lebedoff
Magistrate Judge of United States District Court